1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  THOMAS CHARTS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-CR-00437 WBS |
| Plaintiff, ) | MOTION FOR CONTINUANCE |
| ) | OF STATUS CONFERENCE; |
| vs. ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER; EXCLUSION OF TIME |
| THOMAS CHARTS, ) | UNDER SPEEDY TRIAL ACT |
| ) | |
| Defendant. ) | |
| _____ ) | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michael M. Beckwith, and defendant Thomas Charts, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the existing status conference date in the above-captioned action, March 3, 2008 at 8:30 a.m., and to continue the matter to March 31, 2008 at 8:30 a.m., for status conference in the courtroom of the Honorable William B. Shubb.

This continuance is requested by the defense and the prosecution to permit further preparation of the plea agreement. The Court is advised that Mr. Beckwith concurs with the March 31, 2008 status conference date and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the period for the filing of this stipulation

1  until March 31, 2008, should be excluded in computing time for commencement of trial
2  under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §
3  3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable
4  time necessary for effective presentation.  It is further agreed and stipulated that the ends of
5  justice served in granting the continuance and allowing the defendant further time to prepare
6  outweigh the best interests of the public and the defendants in a speedy trial.
7         Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
8  IT IS SO STIPULATED

9  Dated: February 29, 2008                    McGREGOR W. SCOTT
                                               United States Attorney

                                               By:       /s/ MICHAEL M. BECKWITH
                                                  MICHAEL M. BECKWITH
                                                  Assistant U.S. Attorney

12 Dated: February 29, 2008                           /s/ ERIN J. RADEKIN
                                               ERIN J. RADEKIN
                                               Attorney for Defendant
                                               THOMAS CHARTS

## **ORDER FINDING EXCLUDABLE TIME**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to March 31, 2008 at 8:30a.m. The court finds excludable time in this matter from March 3, 2008 through March 31, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: February 29, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3