**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
THOMAS CHARTS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 07-CR-00437 WBS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER; EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| **THOMAS CHARTS,** | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michael M. Beckwith, and defendant Thomas Charts, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the existing status conference date in the above-captioned action, March 31, 2008 at 8:30 a.m., and to continue the matter to April 7, 2008 at 8:30 a.m., for status conference in the courtroom of the Honorable William B. Shubb.

Although the plea agreement is substantially complete, there is still additional documentation and modification that must be completed.  This continuance is requested by the defense and the prosecution to allow these additional tasks to be completed.  The Court is advised that Mr. Beckwith concurs with the April 7, 2008 status conference date and has authorized Ms. Radekin to sign this stipulation on his behalf.

///

1  The parties further agree and stipulate that the period for the filing of this stipulation
2  until April 7, 2008, should be excluded in computing time for commencement of trial under
3  the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv)
4  and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for
5  effective presentation.  It is further agreed and stipulated that the ends of justice served in
6  granting the continuance and allowing the defendant further time to prepare outweigh the
7  best interests of the public and the defendants in a speedy trial.
8  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
9  IT IS SO STIPULATED
10 Dated: March 28, 2008                    McGREGOR W. SCOTT
                                            United States Attorney
11
                                            By:      /s/ MICHAEL M. BECKWITH
12                                          MICHAEL M. BECKWITH
                                            Assistant U.S. Attorney
13
   Dated: March 28, 2008                           /s/ ERIN J. RADEKIN
14                                          ERIN J. RADEKIN
                                            Attorney for Defendant
15                                          THOMAS CHARTS

2

## **ORDER FINDING EXCLUDABLE TIME**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to April 7, 2008 at 8:30 a.m. The court finds excludable time in this matter from March 31, 2008 through April 7, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:   April 1, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3