McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S CR 07-437-WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| THOMAS CHARTS, et al., | |
| Defendants. | |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Thomas Charts, through his counsel of record, Erin Radekin, hereby stipulate and agree that the status conference set for May 12, 2008, should be continued to June 16, 2008, at 8:30 a.m.

The parties need additional time to coordinate a global disposition with Riverside County.  Therefore, the parties have agreed and respectfully request that the Court reschedule the status conference for June 16, 2008, at 8:30 a.m.  Accordingly,

the parties stipulate that time be excluded pursuant to 18 U.S.C.
§ 3161(h)(8)(iv), Local Code T4.

IT IS SO STIPULATED.

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: May 9, 2008       By:  /s/  Michael M. Beckwith
                                      MICHAEL M. BECKWITH
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


DATED: May 9, 2008       By:  /s/ Erin Radekin
                                      ERIN RADEKIN
                                      Attorney for Defendant
                                      THOMAS CHARTS

**ORDER**

1. A status conference is set for June 16, 2008, at 8:30 A.M.

2. Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through June 16, 2008.

**IT IS SO ORDERED.**

DATED: May 12, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE