McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS CHARTS, et al.,<br><br>        Defendants. | CR. S CR 07-437-WBS<br><br>STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

    The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Thomas Charts, through his counsel of record, Erin Radekin, hereby stipulate and agree that the status conference set for June 16, 2008, should be continued to July 7, 2008, at 8:30 a.m.

    The parties seek additional time to prepare.  Therefore, the parties have agreed and respectfully request that the Court reschedule the status conference for July 7, 2008, at 8:30 a.m. Accordingly, the parties stipulate that time be excluded pursuant

1

to 18 U.S.C. § 3161(h)(8)(iv), Local Code T4.

IT IS SO STIPULATED.

                                                McGREGOR W. SCOTT
                                                United States Attorney

Dated: June 13, 2008        By:   /s/   Michael M. Beckwith
                                          MICHAEL M. BECKWITH
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

DATED: June 13, 2008        By:   /s/ Erin Radekin
                                          ERIN RADEKIN
                                          Attorney for Defendant
                                          THOMAS CHARTS

**ORDER**

    1.   A status conference is set for July 7, 2008, at 8:30 A.M.

    2.   Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through July 7, 2008.

**IT IS SO ORDERED.**

DATED:   June 16, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE